| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **SZ Covina Capital Partners, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Sky Zone Covina** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-0562176** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**1314 N. Azusa Road**<br>**Covina, CA 91722**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>**4031 Flat Rock Drive**<br>**Riverside, CA 92505**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **SZ Covina Capital Partners, LLC**  _____  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **SZ Covina Capital Partners, LLC**      Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   SZ Covina Capital Partners, LLC
         Name

Case number (if known) _____

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/11/2020
             MM / DD / YYYY

X _____ (signature)
Signature of authorized representative of debtor

David A. Ruiz
Printed name

Title   Managing Member

**18. Signature of attorney**

X _____ (signature)
Signature of attorney for debtor

Date  December 11, 2020
      MM / DD / YYYY

Ron Bender 143364
Printed name

Levene, Neale, Bender, Yoo & Brill L.L.P.
Firm name

10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Number, Street, City, State & ZIP Code

Contact phone  (310) 229-1234      Email address   rb@lnbyb.com

143364 CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **SZ Covina Capital Partners, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Halpen Entertainment LLC<br>7002 Dume Dr.<br>Malibu, CA 92065 | 310-962-2008 | JE | | | | $757,582.68 |
| KIR Covina, L.P.<br>PO Box 62045<br>Newark, NJ 07101 | Charlene Rivera<br>(407)302-6503 | Bill | | | | $353,251.72 |
| Kenarby<br>21941 Via Del Lago<br>Trabuco Canyon | 213-494-4000 | JE | | | | $176,381.01 |
| Ascentium<br>23970 US Highway 59 North<br>Kingwood, TX 77339 | 281-348-2042 | Loan | | | | $163,692.84 |
| EIDL/SBA<br>PO Box 3918<br>Portland, OR 97208 | 800-659-2955 | Loan | | | | $149,900.00 |
| PPP - Pacific Mercantile Bank<br>949 S. Coast Dr., 3rd Floor<br>Costa Mesa, CA 92626 | | Loan | | | | $130,600.00 |
| Pawnee<br>3801 Automation Way Ste 207<br>Fort Collins, CO 80525 | 800-864-4266 | Loan | | | | $87,758.42 |
| AirTrack - 1<br>7698 Miramar Road<br>San Diego, CA 92126 | 408-569-9590 | Bill | | | | $21,373.14 |
| SZFG - *3<br>Sky Zone Franchise Group<br>1201 West Fifth St. Ste. T-340<br>Los Angeles, CA 90017 | | Bill | | | | $20,171.45 |

Debtor **SZ Covina Capital Partners, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| LA County<br>Los Angeles County Tax Collector<br>P.O. Box 54027<br>Los Angeles, CA 90054-0027 | Antonio Lapitan<br><br>213-893-1469 | Bill | | | | $13,273.70 |
| Jacobs Family Limited Partnership<br>4187 Flat Rock Dr Ste 300<br>Riverside, CA 92505 | 951-739-0758 | Bill | | | | $6,213.61 |
| Antunez Electrical Industries, Inc.<br>9825 Magnolia Ave Suite B356<br>Riverside, CA 92503 | 951-961-6549 | Bill | | | | $5,762.90 |
| SZAF - *3<br>1201 W 5th Street T340<br>Los Angeles, CA 90017 | | Bill | | | | $5,167.35 |
| CSC - 2a<br>PO Box 1048<br>Dandridge, TN 37725 | Brandy<br><br>865-940-5506 | Bill | | | | $4,866.76 |
| Squar Milner LLP<br>18500 Von Karman Ave 10th Floor<br>Irvine, CA 92612 | 949-222-2999 | Bill | | | | $4,300.00 |
| Edison - 2a<br>P.O. Box 600<br>Rosemead, CA 91771-0001 | 1-800-255-2365 | Bill | | | | $4,136.00 |
| SZLLC - *3<br>Attn: Accounting Department<br>1201 W. 5th Street Suite T-900<br>Los Angeles, CA 90017 | | Bill | | | | $3,237.68 |
| CenterEdge<br>PO Box 1359<br>Roxboro, NC 27574 | 909-398-0095 | Bill | | | | $2,661.36 |
| Frontier (Cov-Phone/DSL) Old<br>PO Box 740407<br>Cincinnati, OH 45274-0407 | 1-800-801-6652 | Bill | | | | $2,183.61 |
| It's A Gas<br>1620 N. Euclid Ave.<br>Upland, CA 91784 | 909-398-0110 | Bill | | | | $1,829.18 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ron Bender 143364<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234 Fax: (310) 229-1244<br>California State Bar Number: 143364 CA<br>rb@lnbyb.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re: | CASE NO.: |
|---|---|
| SZ Covina Capital Partners, LLC | CHAPTER: 11 |
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __12-11-20__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015          F 1007-1.MAILING.LIST.VERIFICATION

SZ Covina Capital Partners, LLC
4031 Flat Rock Drive
Riverside, CA 92505


Ron Bender
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067


 Hurricane Simulator o8o Leasing, LLC
2804 N. 36th St.
Tampa, FL 33605


AAA Alarm - 1
278 Tennessee St. #8
Redlands, CA 92373


AirTrack - 1
7698 Miramar Road
San Diego, CA 92126


Antunez Electrical Industries, Inc.
9825 Magnolia Ave Suite B356
Riverside, CA 92503


Ascentium
23970 US Highway 59 North
Kingwood, TX 77339


Azusa Light&Water  1
PO BOX 7030
Artesia, CA 90702-7030

```
BAMKO, LLC
PO Box 748020
Cincinnati, OH 45274-8020


CenterEdge
PO Box 1359
Roxboro, NC 27574


Cintas - 1
Cintas Loc 693
P.O. Box 29059
Phoenix, AZ 85038-9059


City of Covina Alarms Program
C/O PMAM
PO Box 141565
Irving 75014


Commercial Air - 1a
11671 Sterling Ave. Suite F
Riverside, CA 92503


County of Los Angeles Public Health
PO Box 54978
Los Angeles, CA 90054-0978


CSC - 2a
PO Box 1048
Dandridge, TN 37725


Dippin' Dots
PO Box 87135
Carol Stream, IL 60188
```

```
Edison - 2a
P.O. Box 600
Rosemead, CA 91771-0001


EIDL/SBA



El Cheapo
6765 WESTMINSTER BLVD. SU C419
WESTMINSTER, CA 92683


Frontier  Cov-Phone/DSL  Old
PO Box 740407
Cincinnati, OH 45274-0407


Frontier 5842 - 2a
PO Box 740407
Cincinnati, OH 45274-0407


Guido's Pizza
833 W. Covina Avenue
Covina, CA 91722


Halpen Entertainment LLC
7002 Dume Dr.
Malibu, CA 92065


It's A Gas
1620 N. Euclid Ave.
Upland, CA 91784
```

```
Jacobs Family Limited Partnership
4187 Flat Rock Dr Ste 300
Riverside, CA 92505


Kenarby
21941 Via Del Lago
Trabuco Canyon


KIR Covina, L.P.
PO Box 62045
Newark, NJ 07101


LA County
Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027


National Construction
P.O. Box 4503
Pacoima, CA 9133-4503


NuCO2 - 2a
PO Box 417902
Boston, MA 02241-7902


Pawnee
3801 Automation Way Ste 207
Fort Collins, CO 80525


PPP
```

```
Rescue Rooter
706 Arrow Grand Cir
Covina, CA 91722


Show Your Logo
422 Treasure Dr.
Oswego, IL 60543


SoCalGas - 2a
PO BOX C
Monterey Park, CA 91756-5111


Squar Milner LLP
18500 Von Karman Ave 10th Floor
Irvine, CA 92612


Sunstar Vending
142 19th Street
Brooklyn, NY 11232


SZAF -  3
1201 W 5th Street
T340
Los Angeles, CA 90017


SZFG -  3
Sky Zone Franchise Group
1201 West Fifth St. Ste. T-340
Los Angeles, CA 90017


SZLLC -  3
Attn: Accounting Department
1201 W. 5th Street Suite T-900
Los Angeles, CA 90017
```

```
Vibenomics
8700 North Street Ste 200
Fishers, IN 46038
```

## SZ Covina Capital Partners LLC
### RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE

December 11, 2020

The following Resolutions were duly enacted by the resolutions of the Managing Member of SZ Covina Capital Partners LLC ("SZ") on December 11, 2020, and the same shall remain in full force and effect, without modification, unless and until the Managing Member adopts a further resolution to the contrary:

> RESOLVED, that SZ shall file a voluntary petition under chapter 11 of the Bankruptcy Code on the date determined by David Ruiz (the "Designated Representative") in his capacity as the Managing Member of SZ, after consultation with counsel, to be in the best interests of SZ, its creditors and other parties in interest.  The Designated Representative is authorized to sign the voluntary chapter 11 bankruptcy petition and all related documents for SZ as the authorized representative of SZ.

> FURTHER RESOLVED, that, in his capacity as the Designated Representative, David Ruiz is hereby authorized to cause SZ to employ any professionals to represent or assist SZ in connection with SZ's chapter 11 bankruptcy case that David Ruiz deems to be in the best interests of SZ;

> FURTHER RESOLVED, that following the filing of SZ's chapter 11 bankruptcy case, David Ruiz, in his capacity as the Managing Member of SZ, is hereby authorized on behalf of and in the name of SZ to execute and file and to cause counsel to SZ to prepare with the assistance of SZ as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with SZ's bankruptcy case, and to take any and all action that the Designated Representative deems necessary and proper in connection with SZ's bankruptcy case.  Such actions that David Ruiz has the authority to cause SZ to take shall include, but not be limited to, all of the following: employing and compensating counsel and other professionals; seeking Bankruptcy Court approval for SZ to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases;

renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving SZ; selling or liquidating some or substantially all of SZ's assets; causing SZ to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing SZ to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  David Ruiz also has the power to designate any other representative of SZ with the power and authority to execute any documents, pleadings, etc. on behalf of SZ.

IN WITNESS WHEREOF, SZ has authorized, adopted, ratified and approved the above resolutions.

MANAGING MEMBER:

_____
DAVID RUIZ