**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **SZ Covina Capital Partners, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | **2:20-bk-20907-ER** |

☒ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KIR Covina, L.P.** PO Box 62045 Newark, NJ 07101 | **Charlene Rivera** (407)302-6503 | **Rent for Real Propety Lease** | | | | $353,251.72 |
| **Pacific Mercantile Bank** 949 South Coast Drive, Third Floor Costa Mesa, CA 92626 | | **PPP Loan** | | | | $130,600.00 |
| **AirTrack - 1** 7698 Miramar Road San Diego, CA 92126 | 408-569-9590 | **Vendor** | | | | $21,373.14 |
| **Sky Zone Franchise Group, LLC** 1201 West Fifth St. Ste. T-340 Los Angeles, CA 90017 | | **Franchise/License /Royalty Fees** | | | | $20,171.45 |
| **LA County Los Angeles County Tax Collector** P.O. Box 54027 Los Angeles, CA 90054-0027 | **Antonio Lapitan** 213-893-1469 | **Taxes** | | | | $13,273.70 |
| **Jacobs Family Limited Partnership** 4187 Flat Rock Dr Ste 300 Riverside, CA 92505 | 951-739-0758 | **Accounting Services** | | | | $6,213.61 |
| **Antunez Electrical Industries, Inc.** 9825 Magnolia Ave Suite B356 Riverside, CA 92503 | 951-961-6549 | **Vendor** | | | | $5,762.90 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | SZ Covina Capital Partners, LLC | | Case number (if known) | 2:20-bk-20907-ER |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sky Zone Ad Fund 1201 W 5th Street T340 Los Angeles, CA 90017 | | Advertising/Royalties | | | | $5,167.35 |
| Corporate Service Consultants, LLC PO Box 1048 Dandridge, TN 37725 | Brandy 865-940-5506 | Vendor | | | | $4,866.76 |
| Squar Milner LLP 18500 Von Karman Ave 10th Floor Irvine, CA 92612 | 949-222-2999 | Accounting Services | | | | $4,300.00 |
| Edison P.O. Box 600 Rosemead, CA 91771-0001 | 1-800-255-2365 | Utilities | | | | $4,136.00 |
| Sky Zone, LLC Attn: Accounting Department 1201 W. 5th Street Suite T-900 Los Angeles, CA 90017 | | Equipment | | | | $3,237.68 |
| CenterEdge PO Box 1359 Roxboro, NC 27574 | 909-398-0095 | Vendor | | | | $2,661.36 |
| Frontier PO Box 740407 Cincinnati, OH 45274-0407 | 1-800-801-6652 | Utilities | | | | $2,183.61 |
| It's A Gas 1620 N. Euclid Ave. Upland, CA 91784 | 909-398-0110 | Vendor | | | | $1,829.18 |
| Dippin' Dots PO Box 87135 Carol Stream, IL 60188 | | Vendor | | | | $1,157.84 |
| Rescue Rooter 706 Arrow Grand Cir Covina, CA 91722 | | Vendor | | | | $1,120.00 |
| County of Los Angeles Public Health PO Box 54978 Los Angeles, CA 90054-0978 | | Vendor | | | | $838.00 |
| Commercial Air 11671 Sterling Ave. Suite F Riverside, CA 92503 | | Vendor | | | | $784.60 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **SZ Covina Capital Partners, LLC**
_____
Name

Case number *(if known)*   **2:20-bk-20907-ER**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Show Your Logo 422 Treasure Dr. Oswego, IL 60543** | | **Vendor** | | | | **$599.17** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California - Los Angeles Division

| | | | |
|---|---|---|---|
| In re   **SZ Covina Capital Partners, LLC** | | Case No. | **2:20-bk-20907-ER** |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Halpen Entertainment LLC**<br>**7002 Dume Dr.**<br>**Malibu, CA 92065** | Membership Interests | 33.333 | **Membership Interests** |
| **Kenarby Corp.**<br>**21941 Via Del Lago**<br>**Trabuco Canyon** | Membership Interests | 33.333 | **Membership Interests** |
| **Sky Life Fitness, LLC**<br>**31441 Santa Margarita Pkwy**<br>**Suite A-118**<br>**Rancho Santa Margarita, CA 92688** | Membership Interests | 33.333 | **Membership Interests** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of SZ Covina Capital Partners**, LLC as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   1/11/2021

Signature

David A. Ruiz, Managing Member of SZ Covina Capital Partners, LLC

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:        1/11/2021

David A. Ruiz, Managing Member of SZ Covina
Capital Partners, LLC
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1            F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name     **SZ Covina Capital Partners, LLC**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)     **2:20-bk-20907-ER**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $                **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $        **478,618.56**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $        **478,618.56**

---

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $        **401,351.26**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $                **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$        **586,320.76**

4.    **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b    $        **987,672.02**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **SZ Covina Capital Partners, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:20-bk-20907-ER**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Pacific Mercantile Bank | Checking | 7496 | $28,665.88 |
| 3.2. | Pacific Mercantile Bank | Checking | 3905 | $6,310.24 |
| 3.3. | Pacific Mercantile Bank | Checking | 4958 | $49.63 |
| 3.4. | Pacific Mercantile Bank | Checking | 8988 | $16.80 |
| 3.5. | Pacific Mercantile Bank | Checking | 2907 | $12.42 |
| 3.6. | Pacific Mercantile Bank | Checking | 1429 | $6,196.86 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **SZ Covina Capital Partners, LLC**
_____
Name    Case number *(If known)*    **2:20-bk-20907-ER**

| 3.7. | **Pacific Mercantile Bank** | **Checking** | 1714 | $3,140.51 |
|---|---|---|---|---|
| 3.8. | **Wells Fargo** | **Checking** | 9462 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    | $44,392.34 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit paid to KIR Covina, L.P. on lease of real propety located at 1314 N. Azusa Rd., Covina, CA 91722** | $24,967.80 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**    | $24,967.80 |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **SZ Covina Capital Partners, LLC** | Case number *(If known)* **2:20-bk-20907-ER** |
| --- | --- | --- |
| | Name | |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**
    **Socks (used by customers)** | | | $2,000.00 | Recent cost | $2,000.00

23. **Total of Part 5.** | | | | | $2,000.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Attractions: Main Trampolines, Dodge Ball tramps, Zip Line, Wipe-out, Ninja Warrior Course, Pit Trix, and Rock Wall** | $667,000.00 | Liquidation | $283,000.00 |

| Debtor | **SZ Covina Capital Partners, LLC** | | Case number *(if known)* | **2:20-bk-20907-ER** |
| | Name | | | |

| | | | |
|---|---|---|---|
| Nine Trane rooftop package umtes (4) 10 ton, (1) 12.5 ton, (1) 3 ton, and (3) 5 ton | $0.00 | Liquidation | $87,758.42 |
| Furniture: Tables, Chairs , Sofas, etc. | $112,000.00 | Liquidation | $17,000.00 |
| Fixtures: Lights, Decorations etc. | $31,000.00 | Liquidation | $7,500.00 |
| Equipment: Computers and Cameras | $43,000.00 | | $12,000.00 |

51. **Total of Part 8.**

  Add lines 47 through 50.  Copy the total to line 87.

$407,258.42

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

  ■ No
  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

  ☐ No.  Go to Part 10.
  ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease of real propety located at 1314 N. Azusa Rd., Covina, CA 91722 from KIR Covina, L.P.** | **Leasehold** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
  Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ■ No
  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **SZ Covina Capital Partners, LLC** | Case number *(If known)* | **2:20-bk-20907-ER** |
|---|---|---|---|
| | Name | | |

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** <br> **Franchise and Related License from Sky Zone Franchise Group** | Unknown | | Unknown |
| 63.    **Customer lists, mailing lists, or other compilations** <br> **Customer informaition collected in connection with release forms.** | Unknown | | Unknown |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

**66.    Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** <br> Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **SZ Covina Capital Partners, LLC**                                    Case number *(If known)*  **2:20-bk-20907-ER**
         Name

| | |
|---|---|
| **Aon Risk Insurance Services West**<br>**General Liability Policy**<br>SI8GL01617201 | **$0.00** |
| **Aon Risk Insurance Services West**<br>**Umbrella Policy**<br>SI8EX01003201 | **$0.00** |
| **R-T Specialty, LLC (Century Surety Co)**<br>**Property Policy**<br>CCP-877507 | **$0.00** |
| **Benchmark Insurance Company**<br>**Workers Compensation Policy**<br>CST5020110 | **$0.00** |

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                               | **$0.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor      **SZ Covina Capital Partners, LLC**                                Case number *(If known)*  **2:20-bk-20907-ER**
_____                        _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $44,392.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,967.80 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $407,258.42 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $478,618.56 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $478,618.56 |

**Fill in this information to identify the case:**

Debtor name  **SZ Covina Capital Partners, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)  **2:20-bk-20907-ER**

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $163,692.84 | $390,860.14 |
|---|---|---|---|---|

Creditor's Name

**23970 US Highway 59 North**
**Kingwood, TX 77339**

Creditor's mailing address

**All Assets (other than HVAC equipment securing Pawnee)**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/17/20**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Pawnee Leasing Corporation** | Describe debtor's property that is subject to a lien | $87,758.42 | $87,758.42 |
|---|---|---|---|---|

Creditor's Name

**3801 Automation Way Ste 207**
**Fort Collins, CO 80525**

Creditor's mailing address

**Nine Trane rooftop package umtes (4) 10 ton, (1) 12.5 ton, (1) 3 ton, and (3) 5 ton**

Describe the lien
**Purchase/Lease Security**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/5/18**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | SZ Covina Capital Partners, LLC | Case number (if known) | 2:20-bk-20907-ER |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **U.S. Small Business Administration** | |
|---|---|---|
| | Creditor's Name | |

**Describe debtor's property that is subject to a lien**                     $149,900.00          $390,860.14
**All Assets (other than HVAC equipment securing Pawnee)**

**10737 Gateway West, #300
El Paso, TX 79935**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/18/20**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $401,351.26

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **SZ Covina Capital Partners, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:20-bk-20907-ER**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |
|  | **Employment Development Dept.** | | |
|  | **Bankruptcy Group MIC 92E** | | |
|  | **P. O. Box 826880** | | |
|  | **Sacramento, CA 94280** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |
|  | **Franchise Tax Board** | | |
|  | **Attention: Bankruptcy** | | |
|  | **P.O. Box 2952** | | |
|  | **Sacramento, CA 95812-2952** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **SZ Covina Capital Partners, LLC** | Case number *(if known)* | **2:20-bk-20907-ER** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
**P.O. Box 54110**
**Los Angeles, CA 90054-0110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State Board of Equalization**
**Account Info. Group, MIC: 29**
**POB 942879**
**Sacramento, CA 94279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**AAA Alarm - 1**
**278 Tennessee St. #8**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,373.14 |
|---|---|---|---|

**AirTrack - 1**
**7698 Miramar Road**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **SZ Covina Capital Partners, LLC**
Name

Case number (if known)  **2:20-bk-20907-ER**

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,762.90 |
|---|---|---|---|

**Antunez Electrical Industries, Inc.**
**9825 Magnolia Ave Suite B356**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.49 |
|---|---|---|---|

**Azusa Light&Water**
**PO BOX 7030**
**Artesia, CA 90702-7030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.10 |
|---|---|---|---|

**BAMKO, LLC**
**PO Box 748020**
**Cincinnati, OH 45274-8020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,661.36 |
|---|---|---|---|

**CenterEdge**
**PO Box 1359**
**Roxboro, NC 27574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326.03 |
|---|---|---|---|

**Cintas**
**Cintas Loc 693**
**P.O. Box  29059**
**Phoenix, AZ 85038-9059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**City of Covina Alarms Program**
**C/O PMAM**
**PO Box 141565**
**Irving   75014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.60 |
|---|---|---|---|

**Commercial Air**
**11671 Sterling Ave. Suite F**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SZ Covina Capital Partners, LLC** | | Case number (if known) | **2:20-bk-20907-ER** |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Corporate Service Consultants, LLC**<br>**PO Box 1048**<br>**Dandridge, TN 37725** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,866.76** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trash Hailing__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**County of Los Angeles Public Health**<br>**PO Box 54978**<br>**Los Angeles, CA 90054-0978** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$838.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Dippin' Dots**<br>**PO Box 87135**<br>**Carol Stream, IL 60188** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,157.84** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Edison**<br>**P.O. Box 600**<br>**Rosemead, CA 91771-0001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,136.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**El Cheapo**<br>**6765 WESTMINSTER BLVD. SU C419**<br>**WESTMINSTER, CA 92683** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$87.40** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Frontier**<br>**PO Box 740407**<br>**Cincinnati, OH 45274-0407** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,183.61** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Prior Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Frontier**<br>**PO Box 740407**<br>**Cincinnati, OH 45274-0407** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$160.74** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SZ Covina Capital Partners, LLC** | Case number (if known) | **2:20-bk-20907-ER** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Guido's Pizza**
833 W. Covina Avenue
Covina, CA 91722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,829.18** |
|---|---|---|---|

**It's A Gas**
1620 N. Euclid Ave.
Upland, CA 91784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,213.61** |
|---|---|---|---|

**Jacobs Family Limited Partnership**
4187 Flat Rock Dr Ste 300
Riverside, CA 92505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$353,251.72** |
|---|---|---|---|

**KIR Covina, L.P.**
PO Box 62045
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,273.70** |
|---|---|---|---|

**LA County**
Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229.32** |
|---|---|---|---|

**National Construction**
P.O. Box 4503
Pacoima, CA 9133-4503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$374.02** |
|---|---|---|---|

**NuCO2**
PO Box 417902
Boston, MA 02241-7902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SZ Covina Capital Partners, LLC** | Case number (if known) | **2:20-bk-20907-ER** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $524.61 |
|---|---|---|---|

**O8o Leasing, LLC**
**2804 N. 36th St.**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,600.00 |
|---|---|---|---|

**Pacific Mercantile Bank**
**949 South Coast Drive, Third Floor**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __PPP Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,120.00 |
|---|---|---|---|

**Rescue Rooter**
**706 Arrow Grand Cir**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.17 |
|---|---|---|---|

**Show Your Logo**
**422 Treasure Dr.**
**Oswego, IL 60543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,167.35 |
|---|---|---|---|

**Sky Zone Ad Fund**
**1201 W 5th Street**
**T340**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Advertising/Royalties__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,171.45 |
|---|---|---|---|

**Sky Zone Franchise Group, LLC**
**1201 West Fifth St. Ste. T-340**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Franchise/License/Royalty Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,237.68 |
|---|---|---|---|

**Sky Zone, LLC**
**Attn: Accounting Department**
**1201 W. 5th Street Suite T-900**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equipment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SZ Covina Capital Partners, LLC** | Case number (if known) | **2:20-bk-20907-ER** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.21 |
|---|---|---|---|

**SoCalGas**
PO BOX C
Monterey Park, CA 91756-5111

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,300.00 |
|---|---|---|---|

**Squar Milner LLP**
18500 Von Karman Ave 10th Floor
Irvine, CA 92612

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounting__

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.77 |
|---|---|---|---|

**Sunstar Vending**
142 19th Street
Brooklyn, NY 11232

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.00 |
|---|---|---|---|

**Vibenomics**
8700 North Street Ste 200
Fishers, IN 46038

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **KIR Covina, L.P.**<br>**6060 Piedmont Row Drive South**<br>**Suite 200**<br>**Charlotte, NC 28287** | Line  __3.20__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 586,320.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 586,320.76 |

**Fill in this information to identify the case:**

Debtor name **SZ Covina Capital Partners, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:20-bk-20907-ER**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Management Contract**<br><br>State the term remaining — **Open ended**<br><br>List the contract number of any government contract | **Information Delivery Services, Inc.**<br>**31441 Santa Margarita Pkwy**<br>**Suite A-118**<br>**Rancho Santa Margarita, CA 92688** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of real propety located at 1314 N. Azusa Rd., Covina, CA 91722**<br><br>State the term remaining — **Terminates 10/31/22, subject to 5 year extension**<br><br>List the contract number of any government contract | **KIR Covina, L.P.**<br>**6060 Piedmont Row Drive South**<br>**Suite 200**<br>**Charlotte, NC 28287** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Supply agreement regarding vending/soda machines.**<br><br>State the term remaining — **Open ended**<br><br>List the contract number of any government contract | **PepsiCo, Inc.**<br>**700 Anderson Hill Road**<br>**Purchase, NY 10577** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Franchise Agreement**<br><br>State the term remaining — **June 15, 2022**<br><br>List the contract number of any government contract | **Sky Zone Franchise Group, LLC**<br>**1201 West Fifth St. Ste. T-340**<br>**Los Angeles, CA 90017** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **SZ Covina Capital Partners, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)   **2:20-bk-20907-ER**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **David A. Ruiz** | **10 Beaconsfield**<br>**Trabuco Canyon, CA 92679** | **Pawnee Leasing Corporation** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Kevin Demeritt** | **7002 Dume Dr.**<br>**Malibu, CA 90265** | **Pawnee Leasing Corporation** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Mark Canessa** | **21941 Via Del Lago**<br>**Trabuco Canyon, CA 92679** | **Pawnee Leasing Corporation** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

| | |
| --- | --- |
| Debtor name | **SZ Covina Capital Partners, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:20-bk-20907-ER** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

■ Schedule H: Codebtors (Official Form 206H)

■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

■ Other document that requires a declaration    **- Amended List of Creditors Who Have the 20 Largest Unsecured Claims - Related Attached Documents**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2021**        X 
                                            Signature of individual signing on behalf of debtor

                                            **David A. Ruiz**
                                            Printed name

                                            **Managing Member of SZ Covina Capital Partners, LLC**
                                            Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **SZ Covina Capital Partners, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)  **2:20-bk-20907-ER**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | $742,596.41 |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | $3,003,864.00 |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | $3,204,788.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **SZ Covina Capital Partners, LLC** | | Case number *(if known)* **2:20-bk-20907-ER** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See SOFA Exhibit 3** | **See SOFA Exhibit 3** | $51,119.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Information Delivery Services, Inc.**<br>**31441 Santa Margarita Pkwy**<br>**Suite A-118**<br>**Rancho Santa Margarita, CA 92688**<br>**Owned by David A. Ruiz who (1) owns Sky Life Fitness, LLC, one of the Debtor's Members and (2) is the Debtor's Managing Member** | 12/12/2019 -<br>12/12/2020 | $63,250.00 | **Management Services** |
| 4.2. **Sky Life Fitness, LLC**<br>**31441 Santa Margarita Pkwy**<br>**Suite A-118**<br>**Rancho Santa Margarita, CA 92688**<br>**Member of the Debtor and owned by David A. Ruiz, the Debtor's Managing Member** | 12/12/2019 -<br>12/12/2020 | $19,126.09 | **$5,876.09 for distributions to members and the balance is for auto allowance reimbursement** |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

**SZ Covina Capital Partners, LLC**

| Date | Name | Amount | |
|------|------|--------|---|
| 10/14/2020 | AAA Alarm | $100.00 | |
| 12/11/2020 | AAA Alarm | $105.00 | **$205.00** |
| 09/16/2020 | AirTrack | $3,533.62 | |
| 10/14/2020 | AirTrack | $3,533.62 | |
| 11/19/2020 | AirTrack | $3,533.62 | **$10,600.86** |
| 11/18/2020 | American Express | $470.22 | **$470.22** |
| 09/21/2020 | Aon Risk Services, Inc. | $1,592.80 | **$1,592.80** |
| 09/14/2020 | Arco | $25.35 | **$25.35** |
| 11/10/2020 | Arreola, George K | $23.75 | **$23.75** |
| 10/28/2020 | Athens | $705.06 | |
| 10/28/2020 | Athens | $705.06 | |
| 11/06/2020 | Athens | $1,410.12 | |
| 11/12/2020 | Athens | $362.77 | |
| 11/12/2020 | Athens | $1,410.12 | **$4,593.13** |
| 10/02/2020 | Authnet Gateway | $30.00 | |
| 11/03/2020 | Authnet Gateway | $30.00 | |
| 12/02/2020 | Authnet Gateway | $30.00 | **$90.00** |
| 09/29/2020 | Azusa Light&Water | $88.51 | |
| 12/11/2020 | Azusa Light&Water | $137.49 | **$226.00** |
| 12/10/2020 | BANgla Phili In | $20.00 | **$20.00** |
| 09/23/2020 | Care Credit | $97.00 | |
| 10/21/2020 | Care Credit | $200.00 | |
| 11/12/2020 | Care Credit | $100.00 | **$397.00** |
| 10/01/2020 | Cintas | $264.69 | **$264.69** |
| 10/01/2020 | Commercial Air | $479.16 | |
| 10/02/2020 | Commercial Air | $479.16 | |
| 10/14/2020 | Commercial Air | $43.30 | |
| 11/04/2020 | Commercial Air | $635.86 | |
| 12/11/2020 | Commercial Air | $657.48 | **$2,294.96** |
| 11/04/2020 | CSC | $906.67 | **$906.67** |
| 09/28/2020 | DropBox | $11.99 | |
| 10/27/2020 | DropBox | $11.99 | |
| 11/27/2020 | DropBox | $11.99 | **$35.97** |
| 09/25/2020 | Edison | $1,601.69 | |
| 10/14/2020 | Edison | $2,189.53 | |
| 11/19/2020 | Edison | $2,011.41 | **$5,802.63** |
| 09/28/2020 | Frontier | $154.81 | |
| 10/01/2020 | Frontier | $166.53 | |
| 11/04/2020 | Frontier | $161.17 | |
| 12/11/2020 | Frontier | $160.74 | **$643.25** |
| 11/10/2020 | Georgen Ikpa, Uduma C | $61.39 | **$61.39** |

| Date | Name | Amount | |
|---|---|---|---|
| 11/23/2020 | GIFTACHWKL | $194.00 | **$194.00** |
| 10/23/2020 | Gonzalez, George | $130.64 | |
| 11/10/2020 | Gonzalez, George | $37.64 | **$168.28** |
| 10/01/2020 | Google | $2.99 | **$2.99** |
| 11/10/2020 | Ingelmo, Marcus D | $23.75 | **$23.75** |
| 09/15/2020 | LA County | $2,316.09 | |
| 10/08/2020 | LA County | $2,316.09 | |
| 11/16/2020 | LA County | $2,316.09 | **$6,948.27** |
| 10/14/2020 | LOWES | $3.96 | |
| 10/23/2020 | LOWES | $110.23 | |
| 10/26/2020 | LOWES | $44.01 | |
| 10/26/2020 | LOWES | $48.22 | |
| 10/27/2020 | LOWES | $15.41 | |
| 11/20/2020 | LOWES | $102.75 | **$324.58** |
| 10/09/2020 | Mercury | $14.95 | |
| 10/13/2020 | Mercury | $100.00 | |
| 10/20/2020 | Mercury | $100.00 | **$214.95** |
| 09/25/2020 | NuCO2 | $823.98 | |
| 10/14/2020 | NuCO2 | $165.00 | |
| 11/19/2020 | NuCO2 | $165.00 | **$1,153.98** |
| 10/09/2020 | Olague, Anthony A | $47.50 | |
| 10/23/2020 | Olague, Anthony A | $83.13 | **$130.63** |
| 10/14/2020 | Pacific Mercantile Bank | $159.96 | |
| 11/12/2020 | Pacific Mercantile Bank | $166.75 | |
| 12/02/2020 | Pacific Mercantile Bank | $35.00 | |
| 12/11/2020 | Pacific Mercantile Bank | $169.61 | **$531.32** |
| 09/15/2020 | Pawnee Leasing | $3,126.92 | |
| 10/15/2020 | Pawnee Leasing | $3,126.92 | |
| 11/16/2020 | Pawnee Leasing | $3,126.92 | **$9,380.76** |
| 10/08/2020 | PayEntry Payroll - Direct Deposit | $250.75 | |
| 10/22/2020 | PayEntry Payroll - Direct Deposit | $455.29 | |
| 11/09/2020 | PayEntry Payroll - Direct Deposit | $108.89 | |
| 11/24/2020 | PayEntry Payroll - Direct Deposit | $24.66 | |
| 10/08/2020 | PayEntry Payroll - Payroll Fee | $82.80 | |
| 10/22/2020 | PayEntry Payroll - Payroll Fee | $90.55 | |
| 11/09/2020 | PayEntry Payroll - Payroll Fee | $85.90 | |
| 11/24/2020 | PayEntry Payroll - Payroll Fee | $79.70 | |
| 10/08/2020 | PayEntry Payroll - Tax Liabilities | $62.04 | |
| 10/22/2020 | PayEntry Payroll - Tax Liabilities | $149.62 | |
| 11/09/2020 | PayEntry Payroll - Tax Liabilities | $58.08 | |
| 11/24/2020 | PayEntry Payroll - Tax Liabilities | $64.42 | **$1,512.70** |
| 11/10/2020 | Salcido, Adrian J | $23.76 | **$23.76** |
| 10/23/2020 | Silva, Destiny J | $47.50 | **$47.50** |

| Date | Name | Amount | |
|---|---|---:|---:|
| 11/20/2020 | Sky Zone Ad Fund | $0.36 | **$0.36** |
| 10/01/2020 | Sky Zone Franchise Group, LLC | $145.27 | |
| 10/01/2020 | Sky Zone Franchise Group, LLC | $145.27 | |
| 11/02/2020 | Sky Zone Franchise Group, LLC | $145.27 | |
| 11/05/2020 | Sky Zone Franchise Group, LLC | $145.27 | |
| 11/05/2020 | Sky Zone Franchise Group, LLC | $522.55 | |
| 11/20/2020 | Sky Zone Franchise Group, LLC | $2.15 | |
| 12/01/2020 | Sky Zone Franchise Group, LLC | $145.27 | **$1,251.05** |
| 09/28/2020 | So Cal Storage | $389.00 | **$389.00** |
| 10/01/2020 | SoCalGas | $47.57 | |
| 11/04/2020 | SoCalGas | $17.90 | **$65.47** |
| 10/23/2020 | T.Rowe Price | $2.84 | **$2.84** |
| 09/30/2020 | Vantiv | $25.00 | |
| 09/30/2020 | Vantiv | $39.95 | |
| 11/05/2020 | Vantiv | $14.95 | |
| 11/05/2020 | Vantiv | $25.00 | |
| 11/05/2020 | Vantiv | $39.98 | |
| 12/08/2020 | Vantiv | $14.95 | |
| 12/08/2020 | Vantiv | $25.00 | |
| 12/08/2020 | Vantiv | $39.95 | **$224.78** |
| 10/22/2020 | WorldPay | $274.50 | **$274.50** |
| | | **$51,119.14** | **$51,119.14** |

| Debtor | SZ Covina Capital Partners, LLC | Case number *(if known)* | 2:20-bk-20907-ER |
| --- | --- | --- | --- |

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Part 5: | Certain Losses |
| --- | --- |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **SZ Covina Capital Partners, LLC** | | Case number *(if known)* | **2:20-bk-20907-ER** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **12/11/2020 ($37,000, inclusive of the $1,738 chapter 11 bankruptcy filing fee that got paid to the Clerk of the Bankruptcy Court in connection with the filing of the Debtor's chapter 11 case)** | |
| | **Levene, Neale, Bender, Yoo & Brill L.L.P. 10250 Constellation Blvd. # 1700 Los Angeles, CA 90067** | | | **$37,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **SZ Covina Capital Partners, LLC** | Case number *(if known)* | **2:20-bk-20907-ER** |
|---|---|---|---|

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

Customer informaiton collected in connection with release forms.

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **SZ Capital Partners, LLC (Group plan that includes 4 other affiliated** | EIN: **Managed by T.Rowe Price – 100 E. Pratt Street, Baltimore, MD 21202, EIN 52-1714114** |

Has the plan been terminated?
☑ No
☐ Yes

---

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

| Debtor | **SZ Covina Capital Partners, LLC** | Case number *(if known)* | **2:20-bk-20907-ER** |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | **1314 N. Azusa Road Covina, CA 91722** | **Pizza Oven (1), Soda Fountain (1), Arcade Games (4), Icee Machines (2), Photo Machine (1), Lockers (1), Dippin Dots Freezer (1), Drink Refirdgerators (2), Vending Machines (2).**<br><br>**The foregoing machines are loaned to the Debtor by vendors who sell food stored in and/or goods used by the machines and/or who share in revenue from the machines.**<br><br>**The machines have no value to the Debtor because they are not owned by the Debtor.** | **$0.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | SZ Covina Capital Partners, LLC | Case number *(if known)* | 2:20-bk-20907-ER |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Roberta Martinolich**<br>**1314 N. Azusa Road**<br>**Covina, CA 91722** | **2011 - Present** |
| 26a.2.    **Jacobs Family Limited Partnership**<br>**4187 Flat Rock Dr Ste 300**<br>**Riverside, CA 92505** | **2012 - Present** |
| 26a.3.    **Squar Milner LLP (fka SRG LLP)**<br>**18500 Von Karman Ave 10th Floor**<br>**Irvine, CA 92612** | **2018 - Present (Tax Preparation Only)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **See 26.a** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    **SZ Covina Capital Partners, LLC**                    Case number *(if known)*    **2:20-bk-20907-ER**

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | David A. Ruiz, Roberta Martinolich, and Others | Bi-monthly re socks, food, and beverage inventory | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | David A. Ruiz, Roberta Martinolich, and Others<br>1314 N. Azusa Road<br>Covina, CA 91722 |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sky Life Fitness, LLC | 31441 Santa Margarita Pkwy Suite A-118 Rancho Santa Margarita, CA 92688 | Member | 33.333 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Kenarby Corp. | 21941 Via Del Lago Trabuco Canyon | Member | 33.333 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Halpen Entertainment LLC | 7002 Dume Dr. Malibu, CA 92065 | Member | 33.333 |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| David A. Ruiz | 1314 N. Azusa Road Covina, CA 91722 | Managing Member | |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☐ Yes. Identify below.

Debtor    SZ Covina Capital Partners, LLC _____    Case number (if known)  2:20-bk-20907-ER

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Kenarby Corporation<br>21941 Via Del Lago<br>Trabuco Canyon, CA 92679 | $17,628.25 | 12/12/2019 -<br>12/12/2020 | Distribution |
| | Relationship to debtor<br>Member | | | |
| 30.2 | Halpen Entertainment LLC<br>7002 Dume Dr.<br>Malibu, CA 92065 | $11,752.16 | 12/12/2019 -<br>12/12/2020 | Distribution |
| | Relationship to debtor<br>Member | | | |
| 30.3 | Sky Life Fitness, LLC<br>31441 Santa Margarita Pkwy<br>Suite A-118<br>Rancho Santa Margarita, CA<br>92688 | $5,876.09 | 12/12/2019 -<br>12/12/2020 | Distribution |
| | Relationship to debtor<br>Member | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                        Employer Identification number of the parent
                                                                      corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the pension fund                                             Employer Identification number of the parent
                                                                     corporation

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 11, 2021

_____              David A. Ruiz
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Managing Member of SZ Covina Capital
                                      Partners, LLC

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **SZ Covina Capital Partners, LLC**                                    Case No.    **2:20-bk-20907-ER**
_____
                                        Debtor(s)                            Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____ [1]  $         **37,000.00**

    Prior to the filing of this statement I have received _____ [1]  $         **37,000.00**

    Balance Due _____ [1]  $              **0.00**

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is: [1]

    ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy
        Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to
        certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;
        representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the
        Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of
        witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the
        extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond
        LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications,
        pleadings and orders including, but not limited to, applications to employ professionals, interim statements and
        operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash
        collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of
        property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor
        in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy
        Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing
        any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the
        Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the
        preparation and approval of a disclosure statement in respect of the plan; and performing any other services
        which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNBYB's specialization**


**[1]** Retainer and Chapter 11 filing fee only.  Any fees and expenses in excess of the retainer to be paid from the Debtor and/or its
bankruptcy estate.

In re    **SZ Covina Capital Partners, LLC**                                    Case No.    **2:20-bk-20907-ER**
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| **CERTIFICATION** |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1/11/21 _____    /s/ Ron Bender
*Date*                                     **Ron Bender 143364**
                                           *Signature of Attorney*
                                           **Levene, Neale, Bender, Yoo & Brill L.L.P.**
                                           **10250 Constellation Blvd., Suite 1700**
                                           **Los Angeles, CA 90067**
                                           **(310) 229-1234   Fax: (310) 229-1244**
                                           **rb@lnbyb.com**
                                           *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>**rb@lnbyb.com** | |
| ✔ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **SZ Covina Capital Partners, LLC**<br><br>                                            Debtor(s),<br><br>                                            Plaintiff(s),<br><br><br><br><br><br>                                            Defendant(s). | CASE NO.: **2:20-bk-20907-ER**<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, ___**David A. Ruiz, as Managing Member of SZ Covina Capital Partners, LLC**___ , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:
        ☑ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        ☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
        class of the corporation's(s') equity interests:

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| Halpen Entertainment LLC<br>7002 Dume Dr.<br>Malibu, CA 92065 | Membership Interests | 33.333 |
| Kenarby Corp.<br>21941 Via Del Lago<br>Trabuco Canyon | Membership Interests | 33.333 |
| Sky Life Fitness, LLC<br>31441 Santa Margarita Pkwy<br>Suite A-118<br>Rancho Santa Margarita, CA 92688 | Membership Interests | 33.333 |

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

1/11/2021
Date

By:
Signature of Debtor, or attorney for Debtor

Name:    **David A. Ruiz, as Managing Member of SZ
Covina Capital Partners, LLC**
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                           **F 1007-4.CORP.OWNERSHIP.STMT**